[Nos. 16243–8–I; 16736–7–I.  Division One.  May 18, 1987.]

*In the Matter of the Marriage of* MAUREEN ANN BEHRMAN, *Respondent, and* WEBB ERIC BEHRMAN, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. D–120418, Byron L. Swedberg, J., entered January 11, 1985. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Williams and Webster, JJ.

[No. 16417–1–I.  Division One.  May 18, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL JOSEPH BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00302–7, David C. Hunter, J., entered May 6, 1985. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Swanson and Webster, JJ.

[No. 15955–1–I.  Division One.  May 18, 1987.]

THE HUMAN RIGHTS COMMISSION, *Respondent,* v. MACK WILKERSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–11751–6, Peter K. Steere, J., entered February 19, 1985. *Affirmed* by unpublished opinion per Ennis, J. Pro Tem., concurred in by Durham and Hansen, JJ. Pro Tem.